USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
KYLE BRAGG, as Trustee, et al.,

                       Plaintiffs,        1:21-cv-9588-GHW

         -v -                       ORDER

ALSTATE MAINTENANCE LLC,

                      Defendant.
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       On April 11, 2022 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than April 25, 2022. Dkt. No. 17. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's April 11, 2022 order forthwith, and in no event later than April 29, 2022.

       SO ORDERED.

Dated: April 26, 2022
       New York, New York

                                                 _____
                                                 GREGORY H. WOODS
                                                 United States District Judge