**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KYLE BRAGG, as Trustee, et al.,

                Plaintiffs,             **21-CV-9588 (GHW) (VF)**

        -against-                    **ORDER**

ALSTATE MAINTENANCE LLC,

                Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On August 2, 2022, the parties informed the Court that they were engaged in active settlement negotiations without the need of further Court assistance (see ECF No. 16 in 21-cv-9587). The parties are directed to update the Court by **December 7, 2022** on the current status of settlement.

    **SO ORDERED.**

DATED:    New York, New York
                November 30, 2022

                                                                      VALERIE FIGUEREDO
                                                                    United States Magistrate Judge