UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/5/2023
```

-------------------------------------------------------------- X
                                 :

KYLE BRAGG, *as Trustee, et al.*,      :
                                 :

                 Plaintiffs,  :            1:21-cv-9588-GHW
                                 :

             -v -           :              ORDER
                                 :

ALSTATE MAINTENANCE LLC,      :
                                 :

                 Defendant.  :
                                 :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court observes that on June 12, 2023, Defendant submitted a letter in this case noting

that the parties had "agreed to execute the Notice, Consent, and Reference of a Civil

Action to a Magistrate Judge form to have this case proceed exclusively before" the assigned

Magistrate Judge in this case, and that they "expect[ed] to file this consent form shortly."  Dkt. No.

42.  The Magistrate Judge has since set a briefing schedule for anticipated summary-judgment

motions.  Dkt. No. 45.  Should the parties wish to proceed before the Magistrate Judge, as indicated

in their previous letter, the Court reminds the parties that they still must submit the form

contemplated in their June 12, 2023 letter.

       SO ORDERED.

Dated: July 5, 2023
     New York, New York

                                     _____
                                         GREGORY H. WOODS
                                     United States District Judge