UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KYLE BRAGG, as Trustee, et al.,

                      Plaintiffs,                  21-CV-9588 (GHW) (VF)

          -against-                                **ORDER**

ALSTATE MAINTENANCE LLC,

                      Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In light of the parties' settlement, as discussed in a filing in this matter's companion case, ECF No. 86, Kyle Bragg v. Airway Cleaners, LLC, No. 21-CV-09587 (VF), Defendant Alstate's deadline to oppose Plaintiffs' proposed judgment is postponed *sine die*. The parties are to inform the Court of the status of settlement communications, or file a stipulation of discontinuance, by **July 19, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
                July 10, 2024

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge